UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

**FILED**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IHSAN ULLAH PEERZAI
Camp Delta
Washington, D.C. 20355

          Petitioner

     v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

          Respondents

Leave to file without
Prepayment of Cost **GRANTED**

*/s/ Ricardo M. Urbina/*

Civil Action No.

CASE NUMBER   1:05CV01243

JUDGE: Gladys Kessler

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

### PETITION FOR WRIT OF HABEAS CORPUS

GUAN 2005-T01398

In the name of Allah the merciful the beneficent

Respectable, I, IHSAN ULLAH PEERZAI, person with a number xxx, want to make a request to the American Court that I'm an innocent man because in the whole prison I am the only person of ZAHIR SHAH. I worked for fifteen days for the new government, and I'm the new government's person. And my involvement in the new government proves my innocence that I am innocent. Why the American Military Tribunal has considered me an enemy combatant? This is my complaint. I'm innocent. I want to be brought to the court so I can tell them about my innocence. These three parties, or three groups or three organizations: like Al Qaeda, Taliban, and Hizbe Islami hate the people of ZAHIR SHAH. I'm a person of ZAHIR Shah's group and I'm an enemy of the above-mentioned three groups. Since I'm an enemy of Al Qaeda, Taliban, and Hizbe Islami, then why is the American Military Tribunal considering me an enemy combatant? I swear, for the sake of truthfulness, that I'm an enemy of Al Qaeda, Taliban and Hizbe Islami in the present and I was in the past. Now I want to make a request to this court through the (((Habeas Corpus))), that they listen to my innocent cry. It has been three years and a month that I've been here in this jail innocently. Look at my case, and listen to my cry.