DO NOT WRITE BEYOND HEAVY LINES

بسم الله الرحمن الرحيم

احتراماً زه احسان الله پېښ زهی په دغه نمبر 562 873 سره د امريکا و محکمې ته عريضه و پاڼدې کوم چه زه بې گناه مظلوم پرې يم ولې په ټوله محسس کښې تنها زه د ظاهر شاه نفر يم. او په نوی حکومت کښې چا اورښی کار کړی دی د نوی حکومت سره يم. او دغه د نوی حکومت کښې ون زما بې گناهي ثابته وی چه زه بې گناه يم. ولې د امريکا ظاهري محکمې زه جنگی دښمن بللی يم زه نشم بللی اعتراض لرم. ولې زه بې گناه يم. ماد ی و محکمې ته حاضر کړی زه خپل د بې گناهی جواب ووايم، دغه درې فرقی پادری تولی پادری کوئد ونه: لکه القاعده طالبان دحرب اسلامی نفس د ظاهر شاه د کوند سره دیر سخت تضاد لری او زه د ظاهر شاه د کوند نفريم د دغه د رومن کوره تولی پو دیر سخت دښمن يم. نبه کله چه زه د القاعده او طالبانو او حزب اسلامی دښمن سم نو ولې د امريکا نظامی محکمه ما جنگی دښمن بولی. زه قسم خورم او زه د چرګ دښمن ثه ګڼه وايم چه زه د القاعده او طالبانو او حزب اسلامی د یر سخت دښمن يم او هم وم. اوس زه د دغه محکمې د د هې بیس کو رپس کې ځنه هیله لرم چه زما مظلوم او بې گناه نعره دې واوری. او زما درې کاله او پنه میاشت کښې چه زه په دغه محسس کښې بې گناه او مظلوم پرو ت يم. زما غور دې وکړي زما نعره دې واوری.

MAIL     LETTER

Language _____

To

Street _United States district_
City _court For the District of_
Country _Columbia 333 constitution_
Province or Department _Avenue. N.W._
_Washington DC 20601_

---

SENDER:

Name (Last, first MI) _Peerzai, dariHasaulla_

Internment Serial Number _JJJ3FB_

Date and Place of Birth _____

Name of Camp _GTMO_

County where posted _____

RECEIVED
APR 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3FB / 723 / MAR 05
Pashto / JS

DA FORM 2667-R, May 82    EDITION OF 1 JUL 83 IS OBSOLETE.    For use of this form, see AR 190-8; the proponent agency is DCSPER.