IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHSANULLAH PIRZAI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-1242 (RCL) |
| IHSAN ULLAH PEERZAI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-1243 (RCL) |
| EHSAN ULLAH, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-1311 (RCL) |

**RESPONDENTS' NOTICE OF TRANSFER OF PETITIONER**

Respondents hereby provide notice that with respect to the detainee with Internment Serial Number (ISN 562), identified as Ahsanullah Pirzai in Pirzai v. Bush, No. 05-CV-1242 (RCL), as Ihsan Ullah Peerzai in Peerzai v. Bush, No. 05-CV-1243 (RCL), and as Ehsan Ullah in Ullah v. Bush, No. 05-CV-1311 (RCL), the United States has relinquished custody of petitioner and petitioner has been transferred to the control of the Government of Afghanistan, consistent with United States' policies and practices pertaining to transfers for continued detention, investigation, and/or prosecution as the transferee country deems appropriate. These policies and practices are outlined in the declarations of Ambassador Pierre-Richard Prosper and Deputy Assistant Secretary of Defense for Detainee Affairs Matthew C. Waxman previously filed in other Guantanamo Bay detainee habeas cases pending in this Court, copies of which are attached as Exhibits A and B.[1]

Dated: August 29, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY

---

[1] While Mr. Waxman and Mr. Prosper have both recently left office, the policies and practices set forth in their prior declarations remain in effect and are applicable to the instant case, while certain numerical information regarding numbers of transfers in the declarations is subject to updating.

JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents